IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAYBRIELL BRACY, et al., | : | CIVIL ACTION |
| | : | NO. 17-5640 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **13th** day of **February, 2018**, it is hereby **ORDERED** that Plaintiffs' Petition for Confirmation and Approval of Distribution of Judgment (ECF No. 14) shall be placed under interim seal, to be reviewed by the Court at a later date.

**AND IT IS SO ORDERED.**

                                            **/s/ Eduardo C. Robreno**
                                            **EDUARDO C. ROBRENO, J.**